William E. Peterson, NV Bar No. 1528
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: wpeterson@swlaw.com

*Attorneys for Plaintiff Jacqueline L. Stoever*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAQUELINE L. STOEVER,<br><br>           Plaintiff,<br><br>vs.<br><br>VINCENT G. DIMAGGIO,<br><br>           Defendant. | Case No. 3:19-cv-00674-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff Jacqueline L. Stoever and Defendant Vincent G. Dimaggio, by and through their respective counsel of record, stipulate and agree that this case may and should be dismissed with prejudice.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

4827-3607-5704

It is further stipulated and agreed that each party will bear their own fees and costs.

Dated: March 30, 2020

SNELL & WILMER L.L.P.　　　　　　　　　　ACTION LEGAL TEAM

By: /s/ William E. Peterson　　　　　　　　By: [signature]
William E. Peterson, Bar No. 1528　　　　　Michael N. Sofris, No. 170018
50 West Liberty Street, Suite 510　　　　　468 N. Camden Drive, Suite 200
Reno, Nevada 89501　　　　　　　　　　　Beverly Hills, California 9210

*Attorneys for Plaintiff*　　　　　　　　　*Attorneys for Defendant*
*Jacqueline L. Stoever*　　　　　　　　　 *Vincent G. Dimaggio*

IT IS SO ORDERED.

[signature]
U.S. DISTRICT COURT JUDGE
DATED: April 1, 2020